# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRIQUE HANSON GIKO, | : | |
| Petitioner, | : | |
| v. | : | No.: 4:16-CV-1783 |
| WARDEN LOWE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 2nd day of November 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **GRANTED**.

2. Petitioner shall be provided an individualized bond hearing before an immigration judge within forty-five (45) days of this Order.

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge